**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Angelimarly Rodriguez,    ) | |
|    ) | |
| Plaintiff,    ) | Civil Action No. 25-CV-11637-AK |
| v.    ) | |
| Five Below, Inc.,    ) | |
| Defendant (s).    ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 33] entered on 3/16/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/16/2026                                                    By the Court,

/s/ Courtney Horvath
Deputy Clerk